Todd A. Zilbert
WSBA No. 19158
e-mail: taz@woodtatum.com
Wood Tatum
6915 SW Macadam Ave, Suite 115
Portland, OR 97219
Telephone: (503) 224-5430
Facsimile: (503) 241-7235
Attorneys for Defendant Inui Steamship Co. Ltd.

FILED _____ LODGED
_____ RECEIVED

JUL 31 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH RAAPPANA,

    Plaintiff,

v.

INUI STEAMSHIP COMPANY, LTD.

    Defendant.

Case No. C06 5586 FDB

PROPOSED ORDER EXTENDING PRETRIAL AND DISCOVERY DEADLINES

The Stipulated Motion to Extend Pretrial Deadlines is GRANTED as follows:

| EVENT | CURRENT | PROPOSED |
| --- | --- | --- |
| Disclosure of Expert Witnesses | 30 July 2007 | 29 October 2007 |
| Disclosure of Rebuttal Experts | 8 August 2007 | 27 November 2007 |
| Objections to Oppositions' Experts | 27 September 2007 | 27 December 2007 |
| Discovery cut-off | 9 October 2007 | 7 January 2008 |
| Mediation Completion | 17 October 2007 | 16 January 2008 |

Page 1 PROPOSED ORDER EXTENDING PRETRIAL DEADLINES

WOOD TATUM
6915 SW Macadam Ave., suite 115
Portland, Oregon 97219
Telephone: (503) 224-5430

| | | |
|---|---|---|
| Dispositive Motions | 26 October 2007 | 25 January 2008 |
| Pre-Trial Order | 3 January 2008 | 3 April 2008 |
| Jury Instructions | 3 January 2008 | 3 April 2008 |
| Pre-Trial Conference | 11 January 2008 | 11 April 2008 1:30 pm |
| Trial | 4 February 2008 | 5 May 2008 |

Dated: 7/30 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT COURT

Page 2  PROPOSED ORDER EXTENDING
PRETRIAL DEADLINES

WOOD TATUM
6915 SW Macadam Ave., suite 115
Portland, Oregon 97219
Telephone: (503) 224-5430